UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

K.U.,

    Petitioner,

v.

JOSEPH E. FREDEN et al.,

    Respondents.

25-CV-361-LJV
ORDER

---

The petitioner, K.U.,[1] is a civil immigration detainee currently held at the Buffalo Federal Detention Facility. He claims that his continued detention in United States Immigration and Customs Enforcement custody, pending removal proceedings, violates the United States Constitution. *See Jennings v. Rodriguez*, 138 S. Ct. 830, 851 (2018) (reserving determination of merits of due process arguments regarding extended detention without bond). He seeks relief under 28 U.S.C. § 2241, Docket Item 1, and has paid the $5.00 filing fee.

## ORDER

IT IS HEREBY ORDERED that within **14 days of the date of this order,** the respondents shall file and serve an **answer** responding to the allegations in the petition; and it is further

---

[1] K.U. has moved to proceed under a pseudonym using his initials and to file his petition and attached exhibits under seal. Docket Item 4. The respondents shall respond to that motion **within 14 days of the date of this order**. K.U. may then reply **within 7 days after his receipt of that response.**

ORDERED that within **14 days of the date of this order,** the respondents shall file and serve, in addition to their answer, a **memorandum of law** addressing each of the issues raised in the petition and including citations to supporting authority and applicable sections of the Immigration and Nationality Act; and it is further

ORDERED that within **14 days of the date of this order**, instead of their answer, the respondents may file a **motion to dismiss** the petition, accompanied by appropriate exhibits, demonstrating that an answer to the petition is unnecessary; and it is further

ORDERED that the petitioner shall have **7 days after his receipt of the respondents' answer or motion to dismiss** to file a written reply; and it is further

ORDERED that the Clerk of Court shall serve a copy of the petition and its exhibits, together with a copy of this order, electronically via a notice of electronic filing to the United States Attorney's Office, Western District of New York, at USANYW-Immigration-Habeas@usdoj.gov.


**THE PETITIONER MUST FORWARD A COPY OF ALL FUTURE PAPERS AND CORRESPONDENCE TO THE ATTORNEY APPEARING FOR THE RESPONDENTS.**

SO ORDERED.

Dated:  April 25, 2025
        Buffalo, New York


                                                     */s/ Lawrence J. Vilardo*
                                                  LAWRENCE J. VILARDO
                                                  UNITED STATES DISTRICT JUDGE